IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM A. RANDOLPH, INC., an Illinois corporation, <br><br> Defendant. | Case no. 21 C 5862 <br><br> Honorable Lindsay C. Jenkins <br><br> Magistrate Judge Valdez |

## STIPULATION TO DISMISS

NOW COME Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Welfare Fund, Retiree Health and Welfare Fund, and Catherine Wenskus, in her capacity as Administrator of the Funds (collectively hereinafter referred to as the "Funds"), by and through their attorney, Sara S. Schumann, and Defendant William A. Randolph, Inc. ("Randolph"), by and through their attorney, Christina K. Wernick of Laner Muchin, Ltd., and hereby submit the Parties' Stipulation to Dismiss. In support of this Stipulation, the Parties state as follows:

1. On or about August 17, 2023, the Parties tentatively reached a settlement and anticipate that the terms of that settlement will be memorialized in the Parties' Settlement Agreement ("Agreement"), which still needs to be executed at this time by the Parties, and that includes a lump sum payment that shall be made within seven (7) days of full execution and delivery of the Agreement.

2. For purposes of this action, the Parties hereby agree that this matter is settled

provided that the terms and conditions of the Parties' Agreement are followed, including but not limited to the payment provisions, which are to be made as specified in that Agreement, and that this action can be dismissed at this time without prejudice.

3. As such, the Parties respectfully request that this Court retain jurisdiction, allowing the Parties to have leave to reinstate this action on or before September 30, 2023, for the purpose of enforcing the terms of the Parties' Agreement.

4. Should neither Party file a motion to reinstate on or before September 30, 2023, the Parties' stipulated dismissal shall automatically convert to a with prejudice dismissal thereafter.

Respectfully submitted,

**On Behalf of:**

| **Chicago & Vicinity Laborers' District Counsel Pension Fund et al.,** | **William A. Randolph, Inc.,** |
|---|---|
| By: /s/ Sara S. Schumann<br>*One of Plaintiffs' Counsel* | By: /s/ Christina K. Wernick<br>*One of Defendants' Counsel* |
| Office of Fund Counsel<br>111 W. Jackson Blvd, Suite 1415<br>Chicago, IL 60605<br>(312) 692-1497<br>SaraS@ChiLPWF.com | Laner Muchin, Ltd.<br>515 N. State St. Suite 2800<br>Chicago, IL 60654<br>(312) 467-9800<br>CWernick@LanerMuchin.com |

August 24, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused copies of the foregoing Stipulation to Dismiss to be served upon the following person via the Court's electronic notification system this 24th day of August 2023.

>William Daniels
>Christina K. Wernick
>Laner Muchin, Ltd.
>515 N. State St. Suite 2800
>Chicago, IL 60654
>312-467-9800
>WDaniels@LanerMuchin.com
>CWernick@LanerMuchin.com

By: /s/ Sara S. Schumann